## GAIL DECORSO *v.* WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 78 Conn. App. 865 (AC 22682), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Gail DeCorso,* pro se, in support of the petition.

*Charles A. DeLuca, R. Kelley Franco* and *Mario F. Moreno,* in opposition.

Decided December 2, 2003

## STATE OF CONNECTICUT *v.* BERNARD SMALLS

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 535 (AC 23474), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided December 2, 2003